UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Richard Lockett

Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-    (  ) (  )

20 mag 9128

Defendant __Richard Lockett_____ hereby voluntarily consents to participate in the following proceeding via __x__ videoconferencing or __x__ teleconferencing:

__x__   Initial Appearance Before a Judicial Officer

_____   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_____   Bail/Detention Hearing

_____   Conference Before a Judicial Officer


_Richard Lockett_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_Richard Lockett_____
Print Defendant's Name

_____[signature: Ben G]_____
Defendant's Counsel's Signature

_Benjamin Gold_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_8/27/2020_____
Date

_____[signature: Judith C. McCarthy]_____
U.S. District Judge/U.S. Magistrate Judge