# UNITED STATES DISTRICT COURT

THE CHARLES L. BRIEANT, JR.
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
3OO QUARROPAS ST.
WHITE PLAINS, NEW YORK 10601
914-390-4251

Chambers of
**Hon, Paul E. Davison**
United States Magistrate Judge

USDC SDNY
Document
Electronically Filed
Doc # _____
Date Filed: 12/10/2020

United States District Court
Southern District of New York
-----------------------------------------------------------X

United States of America,

           Plaintiff

    -against-

Richard Lockett

                     Defendant
-----------------------------------------------------------X

**SCHEDULING ORDER**

20-mj-9128

TO ALL PARTIES:

The Court has scheduled a Change of Counsel hearing.for 12/15/2020 at 10:30 am before Magistrate Judge Paul E. Davison. To access the conference, counsel should call 877-336-1839 and use access code 5999739. Members of the press and public may call the same number, but will not be permitted to speak during the conference.

Dated: December 10, 2020
       White Plains, New York

                                       SO ORDERED:

                                       s/ PED
                                       _____

                                       PAUL E. DAVISON
                                       United States Magistrate Judge