UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Richard Lockett

                        Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY**
**VIDEO OR TELE CONFERENCE**

20-mj-9128

Defendant Richard Lockett  hereby voluntarily consents to participate in the following
proceeding via   ☒ videoconferencing or ☒ teleconferencing:

☐      Initial Appearance Before a Judicial Officer

☐      Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of
       Indictment Form)

☐      Guilty Plea/Change of Plea Hearing

☐      Bail/Detention Hearing

☒      Conference Before a Judicial Officer - Assignment of Counsel

*(Mr. Lockett authorized Benjamin Gold to sign this consent form*
*during a video-conference on December 1, 2020)*

*Richard Lockett*                              *Ben G*
_____              _____
Defendant's Signature                         Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

 Richard Lockett                               Benjamin Gold
_____              _____
Print Defendant's Name                        Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

12/15/20
_____              _____
Date                                          U.S. District Judge/U.S. Magistrate Judge